UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-21584-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

CHRISTOPHER DIAZ
XXX-XX-1551
ANGELINA L ZAMORA
XXX-XX-7025

DEBTORS_____/

**OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE
OF COURT GENERATED HEARING**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

**Claim#:** 6.2
**Claimant:** Toyota Motor Credit Corp
**Reason:** Proof of Claim filed after the Claims Bar Date. Since the claim is an attempt to change the status from secured to unsecured, it is not an amendment but instead considered a new claim.
**Disposition:** Sustain Objection and disallow claim.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this 29th day of May, 2019.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**Page 1 of 2**

OBJECTION TO CLAIM
CASE NO.: 18-21584-BKC-RBR

**COPIES FURNISHED TO:**

**DEBTORS**
CHRISTOPHER DIAZ
ANGELINA L ZAMORA
5032 SW 141ST AVENUE
MIRAMAR, FL 33027-5965

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL 33012

**CREDITOR**
Toyota Motor Credit Corp
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355

**ADDITIONAL CREDITORS**
CT CORPORATION SYSTEM
R.A. FOR TOYOTA MOTOR CREDIT CORPORATION
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

MICHAEL GROFF, PRESIDENT
19001 S. WESTERN AVENUE, EF-12
TOYOTA MOTOR CREDIT
TORRANCE, CA 90501

TOYOTA MOTOR CREDIT CORPORATION
POB 9013
ADDISON, TX 75001